IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SANDRA ANN CANADA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 3:09cv529-WHA |
| | ) |
| GREEN TREE SERVICING LLC, et al, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the Plaintiff's Request for Dismissal as to Green Tree Servicing, LLC (Doc. #9), and for good cause shown, it is hereby ORDERED as follows:

1. The Request is GRANTED, and Green Tree Servicing, LLC is DISMISSED with prejudice from this case as a party defendant, the parties to bear their own costs.

2. This case will proceed against the remaining defendant.

3. The Motion of Green Tree Servicing, LLC to Compel Arbitration and Stay Proceedings (Doc. #7) is DENIED as moot.

DONE this 29th day June, 2009.

       /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE