IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SANDRA ANN CANADA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 3:09cv529-WHA |
| ) | |
| EQUIFAX INFORMATION SERVICE, LLC, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Pursuant to the order of the court (Doc. #26), entered on December 16, 2009, and the Plaintiff having failed to respond as required by that order, it is hereby

ORDERED that this case is DISMISSED for want of prosecution.

DONE this 5th day March, 2010.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE